Same case below, 379 Fed. Appx. 832.

■

**No. 10-8006. Christopher Darnell Stratton, Petitioner v. Texas (three cases).**

562 U.S. 1231, 131 S. Ct. 1498, 179 L. Ed. 2d 327, 2011 U.S. LEXIS 1628, ■

February 22, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

■

**No. 10-8009. Leslie Ray Turner, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1231, 131 S. Ct. 1498, 179 L. Ed. 2d 327, 2011 U.S. LEXIS 1536.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

■

**No. 10-8015. Lee Nichols McNab Miller, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1232, 131 S. Ct. 1499, 179 L. Ed. 2d 327, 2011 U.S. LEXIS 1708.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

■

**No. 10-8017. Deon Colvin, Petitioner v. Veterans Administration Medical Center.**

562 U.S. 1232, 131 S. Ct. 1499, 179 L. Ed. 2d 327, 2011 U.S. LEXIS 1655.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 390 Fed. Appx. 454.

■

**No. 10-8018. Lori Allain, Petitioner v. Florida.**

562 U.S. 1232, 131 S. Ct. 1557, 179 L. Ed. 2d 327, 2011 U.S. LEXIS 1609.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 45 So. 3d 461.

■

**No. 10-8021. William Lovelle Stringer, Petitioner v. John Fayram, Warden.**

562 U.S. 1232, 131 S. Ct. 1557, 179 L. Ed. 2d 327, 2011 U.S. LEXIS 1563.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

■

**No. 10-8022. Robert Lee Jackson, Jr., Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections, et al.**

562 U.S. 1232, 131 S. Ct. 1499, 179 L. Ed. 2d 327, 2011 U.S. LEXIS 1535.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.